**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**RAFAEL HERNANDEZ,**

**Plaintiff,**

**- against -**

**LIBERTY MUTUAL GROUP INC.,**

**Defendant.**

---

**26-cv-8910 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **December 8, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**November 21, 2026**

**John G. Koeltl**
**United States District Judge**